UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMANDA GONZALEZ, *et al.*, | |
| Plaintiffs, | CASE NO. C19-2013-JCC |
| v. | |
| SAFEWAY, INC., | ORDER |
| Defendant. | |

The Court has reviewed the record and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, to which no party has objected. It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiffs' Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2) (Dkt. No. 23) is GRANTED;

(3) This case is DISMISSED without prejudice; and

(4) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

//
//
//
//

C19-2013-JCC
ORDER
PAGE - 1

DATED this 12th day of April 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE